# In the United States District Court for the Southern District of Georgia Brunswick Division

MARGIE McRAE,

    Plaintiff,

v.

BRANDON VAUGHN and
PATRICIA AUSTELL,

    Defendants.

2:24-CV-064

## ORDER

On May 14, 2024, the Court ordered Plaintiff to file a more definite statement of her claims within twenty (20) days. Dkt. No. 4. The Court warned Plaintiff that "[h]er failure to do so will result in dismissal of this action." Id. Plaintiff has failed to file a more definite statement, and the time for doing so has passed. Accordingly, Plaintiff's complaint is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 11 day of June, 2024.

---

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA