AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MARGIE McRAE,

   Plaintiff,

                           **JUDGMENT IN A CIVIL CASE**

           **v.**                     CASE NUMBER: 2:24-cv-64

BRANDON VAUGHN and PATRICIA AUSTELL,

   Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered June 12, 2024, Plaintiff's complaint is dismissed without prejudice. This civil action stands closed.

Approved by: _____

        HON. LISA GODBEY WOOD, JUDGE
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF GEORGIA

June 17, 2024
_____
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020